
RECEIVED
JUN 2 3 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| KERN BROUSSARD, ET AL | CIVIL ACTION NO. 04-1755 |
| VERSUS | JUDGE DOHERTY |
| TEXAS PETROLEUM INVESTMENT COMPANY, ET AL | MAGISTRATE JUDGE HILL |

### ORDER

Considering the foregoing Memorandum Ruling,

IT IS HEREBY ORDERED that the plaintiffs' Motion to Dismiss Without Prejudice [Doc. 69] shall be and is GRANTED.

IT IS HEREBY FURTHER ORDERED that the plaintiffs' claims asserted in this matter shall be and are DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ___ day of June, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE